Tim L. Eblen, OSB No.: 050252
EBLEN FREED PC
1040 NE 44th Ave., Ste. 4
Portland, OR 97213
(503)548-6330
tim@eblenfreed.com
    Of Attorneys for Sergey & Galina Lebedenko

The Honorable Teresa H. Pearson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re: | Case No. 22-31458-thp13 |
|---|---|
| AARON THOMAS SOULE | OBJECTION TO CONFIRMATION OF PLAN |
| Debtor. | Confirmation Hearing<br>Date: October 17, 2022<br>Time: 9:00 a.m.<br>Place: Telephonic |

COMES NOW, Sergey & Galina Lebedenko (Creditor), by and through their attorney, Tim L. Eblen, hereby object to Aaron Thomas Soule (Debtor) proposed Chapter 13 Plan dated September 20, 2022 (Plan).

///
///
///
///
///
///

Objection to Confirmation of Plan
Page - 1

Eblen Freed PC
1040 NE 44th Ave. Suite 4
Portland, OR 97213
Tel: 503-548-6330
Fax 503-548-6333

Case 22-31458-thp13    Doc 32    Filed 10/11/22

# OBJECTION

Creditor and Debtor are currently in settlement negotiations. Debtor has represented that he will be filing an amended plan. Creditor reserves their right to further object to Debtor's plan, depending on the outcome of settlement negotiations.

WHEREFORE, Creditor, its successors and/or assigns, respectfully requests an Order denying Confirmation of Debtor's proposed Plan.

DATED this 11th day of October, 2022

/s/ Tim L. Eblen
Tim L. Eblen, OSB # 050252
Eblen Freed PC
Attorney for Creditor
1040 NE 44th Ave, Suite 4
Portland, OR 97213
tim@eblenfreed.com
P: 503-548-6330

Objection to Confirmation of Plan
Page - 2

Eblen Freed PC
1040 NE 44th Ave. Suite 4
Portland, OR 97213
Tel: 503-548-6330
Fax 503-548-6333

Case 22-31458-thp13    Doc 32    Filed 10/11/22

# CERTIFICATE OF SERVICE

I certify that on October 11th, 2022, I served a copy of Objection to Confirmation of Plan, United States Bankruptcy Court District of Oregon, Case No.: 21-30882-pcm13 to the following parties:

Ann K. Chapman  
319 SW Washington #520  
Portland, OR 97201  
*Of Attorneys for Debtor*

Wayne Godare  
222 SW Columbia St., Ste. 1700  
Portland, OR 97201  
*Bankruptcy Trustee*

Via the ECF filing system and via US First Class Mail, postage pre-paid.

*/s/ Tim L. Eblen*  
Tim L. Eblen, OSB No.: 050252  
Of Attorneys for Creditor

Certificate of Mailing  
Page - 3

Eblen Freed PC  
1040 NE 44th Ave. Suite 4  
Portland, OR 97213  
Tel: 503-548-6330  
Fax 503-548-6333

Case 22-31458-thp13    Doc 32    Filed 10/11/22